19384. SIMS *v.* JUMBO SALES AND SERVICE COMPANY.

BROYLES, C. J. Under the facts of the case as disclosed by the record, the trial judge in the municipal court of Atlanta did not err in directing a verdict for the defendant, or in refusing to grant a new trial; the appellate division of the court did not err in affirming the judgment of the trial judge, and the judge of the superior court did not err in overruling the certiorari.

*Judgment affirmed. Luke and Bloodworth, JJ., concur.*
DECIDED MARCH 6, 1929.

*John I. Kelley,* for plaintiff.   *B. H. Hill,* for defendant.